## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

A.C.

                Plaintiff,

v.                                             Case No.: 1:15−cv−07693
                                                      Honorable Marvin E. Aspen

A.S. Gas Station, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 23, 2017:

      MINUTE entry before the Honorable Marvin E. Aspen:Plaintiff's motion for extension of time to reinstate case to enforce settlement [32] is granted. Case remains dismissed without prejudice, and with leave to file a motion to reinstate on or before 7/17/2017. The Court will retain jurisdiction regarding settlement until 7/17/2017. If a motion to reinstate is not filed by 7/17/2017, dismissal will become a dismissal with prejudice without further order of court. Motion is stricken from the Court's call of 6/1/2017. Response to that portion of the motion asking for substitution of party−plaintiff [32] is due by 6/6/2017; reply is due by 6/13/2017.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.